**Order entered April 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00152-CV

### ALPHA OMEGA CHL, INC., Appellant

### V.

### MIN LAW FIRM, P.C., Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-07799

### ORDER

As directed by this Court, appellant has provided written verification that it has requested and made arrangements to pay for the reporter's record. Accordingly, we **ORDER** Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file the reporter's record **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Udall and all parties.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE